

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00370-CV

**IN THE INTEREST OF J.A.M.**, a Child

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI05025
Honorable Monique Diaz, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE MEZA

In accordance with this court's opinion of this date, this appeal is DISMISSED for failure to pay the filing fee. Costs of this appeal are taxed against the appellant.

SIGNED July 30, 2025.

_____
Velia J. Meza, Justice